**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00793-REB-MJW

DANNY CHAMBERS,

    Plaintiff,

v.

AMBERWOOD COURT CARE CENTER,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is plaintiff's **Notice of Dismissal** [#12] filed in letter form on July 9, 2009. After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal** [#12] filed in letter form on July 9, 2009, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED**.

Dated July 10, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge